No. 226, Misc. ALEXANDER *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 236, Misc. MOORE *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 245, Misc. McKINZIE *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 247, Misc. BOIDAKOWSKI *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 248, Misc. FORCE *v.* RANDOLPH, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 249, Misc. KONETZKE *v.* RANDOLPH, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 250, Misc. SAUNDERS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 256, Misc. MACOMBER *v.* GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.

No. 258, Misc. ANDERSON *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 275, Misc. WALLACE, NEE GOLDBERG, *v.* STATE OF NEW YORK INSURANCE DEPARTMENT. Court of Appeals of New York. Certiorari denied.